**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02232-REB-MEH

DONALD L. GUTHRIE,

     Plaintiff,

v.

TRANS UNION, LLC, and
BAC HOME LOANS SERVICING, LP,

     Defendants.

## ORDER DISMISSING DEFENDANT, TRANS UNION, LLC, ONLY

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion to Dismiss With Prejudice As To Trans Union, LLC** [#16] filed November 16, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Trans Union, LLC, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion to Dismiss With Prejudice As To Trans Union, LLC** [#16] filed November 16, 2010, is **GRANTED**;

2. That plaintiff's claims against defendant, Trans Union, LLC, are **DISMISSED WITH PREJUDICE**; and

3. That defendant, Trans Union, LLC, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated November 17, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge