**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02232-REB-MEH

DONALD L. GUTHRIE,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion to Dismiss With Prejudice As To BAC Home Loans Servicing, L.P.** [#18] filed December 17, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion to Dismiss With Prejudice As To BAC Home Loans Servicing, L.P.** [#18] filed December 17, 2010, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated December 21, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge